[No. 37964-3-II.   Division Two.   February 9, 2010.]

*In the Matter of the Marriage of* CAROLYN T. READ, *Respondent*, and CURT M. READ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-3-01314-7, Sergio Armijo, J., entered June 20, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, J.; Houghton, J., dissenting.

[No. 38092-7-II.   Division Two.   February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN HOWARD SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05352-4, Susan Serko, J., entered July 28, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 38109-5-II.   Division Two.   February 9, 2010.]

TACOMA RESCUE MISSION, *Respondent*, v. JAMES STEWART, *Appellant*

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-13641-5, Brian M. Tollefson, J., entered July 3, 2008. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Quinn-Brintnall, JJ. Now reported at 155 Wn. App. 250.

[No. 38128-1-II.   Division Two.   February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TIFFANY DAWN DOLL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-01719-2, M. Karlynn Haberly, J., entered July 21, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.